UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYRONE JONES (#103757)

VERSUS

DIRECTOR LESLIE SCHMIDT, ET AL.

CIVIL ACTION

NO. 13-685-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 7, 2014 (doc. no. 18) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motions for Summary Judgment (doc. nos. 14 and 15) are GRANTED, dismissing the plaintiff's claims asserted against the defendants, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 1ST day of December, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA